**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000390**
**04-JUN-2015**
**11:41 AM**

NO. CAAP-15-0000390

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KEITH M. KANESHIRO, in his official capacity as the
Prosecuting Attorney of the City and County of Honolulu,
on behalf of the State of Hawai'i, Plaintiff-Appellant,
v.
FIFTEEN (15) PRODUCTS DIRECT MACHINES
(TOTAL ESTIMATED VALUE $52,500.00) ONE THOUSAND EIGHT HUNDRED
EIGHTY-THREE DOLLARS IN UNITED STATES CURRENCY ($1,883.00)
(TOTAL AGGREGATE VALUE $54,383.00), Defendant-Appellee,
and
PJY ENTERPRISES, Claimant-Appellee,
and
WINNER'Z ZONE APRIL WHITING-HARAGUCHI; TRACY YOSHIMURA;
AND SHERILYN GAMA, Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 14-1-0569)

ORDER OF CORRECTION
(By: Foley, Presiding Judge, for the court[1])

IT IS HEREBY ORDERED that the Order Dismissing Appeal

for Lack of Appellate Jurisdiction in Appellate Court Case Number

CAAP-15-0000390, filed on June 4, 2015, is hereby corrected as

follows:

---

[1] Foley, Presiding Judge, Leonard and Ginoza, JJ.

In the caption on the first page, the identification of the Claimants-Appellants is corrected to read:

**WINNER'Z ZONE APRIL WHITING-HARAGUCHI; TRACY YOSHIMURA; AND SHERILYN GAMA, Appellees**

The Clerk of the Court is directed to take all necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawai'i, June 4, 2015.

FOR THE COURT:

Presiding Judge